UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                    CASE NO: 2:13-cr-74-FtM-38CM

MISAEL JONATHAN MONDAY-
CARBALLO

_____

### ORDER

     This matter comes before the Court on Motion to Advance Sentencing Date (Doc. #30) filed on December 4, 2014.  Counsel for the Defendant moves the Court to advance the sentencing date currently scheduled for January 5, 2015.  The Initial Pre-Sentence Report has been completed and there are no anticipated objections.  The report suggests that the advisory range under the federal sentencing guidelines is 1-7 months imprisonment.  The Defendant has been in custody for about 4 months.  Counsel filed a Supplement to Motion to Advance Sentencing Date (Doc. #31) that indicates the Government does not object to the relief requested.  The Court, having considered the motion, finds good cause and will grant the relief requested as outlined below.

     Accordingly, it is now **ORDERED:**

     Motion to Advance Sentencing Date (Doc. 30) is **GRANTED**. The Sentencing will be rescheduled to December 16, 2014 at 10:30 A.M.  The Clerk is directed to issue a notice rescheduling hearing accordingly.

     **DONE AND ORDERED** at Fort Myers, Florida, this December 5, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record